LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

1  RONALD A. PETERS, Bar No. 169895
2  BENJAMIN EMMERT, Bar No. 212157
   LITTLER MENDELSON
3  A Professional Corporation
   50 West San Fernando Street
4  15th Floor
   San Jose, CA 95113.2431
5  Telephone:  408.998.4150
   rpeters@littler.com
6  bemmert@littler.com

7  Attorneys for Defendants
   PREMIER STONE AND TILE, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND; TRUSTEES OF THE NTORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHER CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; AND TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER STONE AND TILE, INC., a California Corporation; and DOES, and DOES ONE through THIRTY inclusive,<br><br>Defendants. | Case No. 3:14-CV-03560 EDL<br><br>**NOTICE AND** ~~PROPOSED~~ **ORDER OF SUBSTITUTION OF ATTORNEY FOR PREMIER STONE AND TILE, INC.** |

NOTICE AND ~~PROPOSED~~ ORDER OF SUBSTITUTION

Case No. 3:14-CV-03560 EDL

**ORDER**

AND NOW, this  18th  day of November 2014, upon consideration of Defendant Premier Stone and Tile, Inc.'s Notice of Substitution of Counsel, filed on November 14, 2014 it is hereby ORDERED that the substitution is approved and granted.

**IT IS SO ORDERED.**

Dated:  11/18/2014

_____
HONORABLE WILLIAM H. ORRICK, III
UNITED STATES DISTRICT JUDGE

Firmwide:130170606.1 057665.1004